UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELIZABETH DUFFY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 26-cv-12369-LTS |
| CHAHABUDDEEN A. ALLY, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

June 8, 2026

SOROKIN, D.J.

On May 26, 2026, a pro se litigant proceeding under the name "Elizabeth Duffy" filed a one-page civil complaint and a motion for leave to proceed in forma pauperis. The complaint names "Shahabuddeen A. Ally, Chidi A. Eze, Kevin Mcclanahan, Monique Holman, Carmen Pacheco, and Wavny Toussaint as defendants. The body of the complaint consists of a single factual allegation ("Defendants failed to show dignity in work[.]"), a demand for punitive damages for which "[t]he estimate is over $50,000," and a certification that the complaint "is true and correct." Dkt #1.

Article III of the Constitution limits the jurisdiction of the federal courts to "Cases" or "Controversies." U.S. Const. art. III, § 2. For a case or controversy to exist, the plaintiff must have standing, or, in other words, the plaintiff "must present an injury that is concrete, particularized, and actual or imminent; fairly traceable to the defendant's challenged action; and redressable by a favorable ruling." Horne v. Flores, 557 U.S. 433, 445 (2009). Here, Duffy does

1

not set forth a claim for which she has standing.  She does not identify any conduct by the

defendants that injured her personally.

In the absence of a case or controversy over which the court could exercise jurisdiction,

the court DISMISSES this action.[1]  The motion for leave to proceed in forma pauperis shall be

terminated as moot.

SO ORDERED.

 /s/ Leo T.  Sorokin
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that, according to information available on the Federal Courts' PACER (Public Access to Court Electronic Records) platform, from May 26, 2026 through June 3, 2026, a plaintiff named Elizabeth Duffy filed a case titled "Duffy v. Ally" in thirty-six other federal district courts.